ACCEPTED
03-14-00097-CV
5325527
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 3:12:12 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00097-CV

### IN THE THIRD COURT OF APPEALS
### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 3:12:12 PM
JEFFREY D. KYLE
Clerk

PAUL L. FOSTER, WILLIAM EUGENE POWELL, R. STEVEN HICKS, NASH M. HORNE, ROBERT L. STILLWELL, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, ERNEST ALISEDA, AND JEFFREY D. HILDEBRAND, IN THEIR OFFICIAL CAPACITIES AS REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM AND CRAIG WESTEMEIER, IN HIS OFFICIAL CAPACITY AS ASSOCIATE ATHLETICS DIRECTOR,

*Appellants,*

**v.**

AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, INC. AND THE AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS' LIBRARY AND EDUCATION ADVOCACY FUND, INC., INDIVIDUALLY AND ON BEHALF OF SUSTAINABLE SITES INITIATIVE, AN UNINCORPORATED NONPROFIT ASSOCIATION

*Appellees.*

---

### APPELLEES' RESPONSE TO
### APPELLANTS' SUGGESTION OF MOOTNESS

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees (collectively "ASLA") are in receipt of Appellants' "Suggestion of Mootness," and the Court's request for a response. Appellants did not confer before filing, and ASLA disagrees with the argument that University of Texas officials can moot ASLA's declaratory judgment action regarding the officials' prior bad acts by transferring the University's interest in the intellectual property to a third party. That said, ASLA has also now transferred its own interest to the same third party and filed a nonsuit. ASLA agrees that the appeal is moot and should be dismissed.

1

ASLA brought this declaratory judgment action against University of Texas officials for unlawfully attempting to federally register trademarks by filing false declarations of sole ownership for marks that they knew were owned by SSI and thus its partners jointly, including ASLA. This interlocutory appeal arises out of the denial of the officials' claim to be immune from any suit to declare their actions unlawful.

While this case was pending on appeal, in an effort to resolve this dispute both sides negotiated separately to transfer their interest in the subject matter of the lawsuit to the Green Business Certification Inc. ("GBCI"). The University transferred its interest in the intellectual property at issue in this dispute as of May 1, 2015. Last week, contingent on the University's transfer of its interest, ASLA subsequently transferred its own interests to GBCI. In accordance with its agreement with GBCI, ASLA then filed a nonsuit with prejudice of this lawsuit.[1]

ASLA agrees that, with the divestment of both side's interest in the intellectual property and the filing of the nonsuit, the case is now moot and should be dismissed. "When the dispute that once existed between the parties is resolved by external events, the case becomes moot and any opinion becomes advisory." 6 Roy W. McDonald & Elaine A. Carlson, *Tex. Civ. Prac.* §33:6 (2d ed. 2014). When a plaintiff to a declaratory judgment action divests itself in ownership of the property at issue in in the case, any opinion issued would be advisory, and the appeal is moot. *Harris v. Texas Vending*

---

[1] A true and correct file-marked copy of ASLA's May 15, 2012 Notice of Nonsuit with Prejudice is attached as Tab A.

2

*Comm'n*, 486 S.W.2d 623, 624 (Tex. App.—Austin 1972, no writ). When a party nonsuits a cause of action during an interlocutory appeal from a denial of a claim for governmental immunity, the court should vacate the underlying trial court's orders and dismiss the appeal. *Houston Mun. Emps. Pension Sys. v. Ferrell*, 248 S.W.3d 151, 156-57 (Tex. 2007). Here, because ASLA has divested its interest in the subject property and filed for nonsuit, the correct procedure is for the Court to dismiss the appeal.

## CONCLUSION

For these reasons, ASLA agrees and asks the Court to vacate the trial court's underlying order and dismiss this appeal as moot. All costs should be taxed against the party that has incurred them.

Dated:  May 18, 2015                    Respectfully submitted,

By:    /s/ Kurt Kuhn
Kurt Kuhn
State Bar No. 24002433
Lisa Bowlin Hobbs
State Bar No. 24026905
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas  78731-4946
(512) 476-6005
(512) 476-6002 (fax)
kurt@kuhnhobbs.com
lisa@kuhnhobbs.com

COUNSEL FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this response on counsel of record electronically, in accordance with the rules on electronic filing on May 18, 2015, as listed below:

/s/ Kurt Kuhn
Kurt Kuhn

Kristofer S. Monson
Office of the Attorney General
P.O. Box 12548 (MC059)
Austin, Texas  78711-2548
kristofer.monson@texasattorneygeneral.gov

4

# Tab A

NO. D-1-GN-13-003564

| | | |
|---|---|---|
| AMERICAN SOCIETY OF | § | IN THE DISTRICT COURT OF |
| LANDSCAPE ARCHITECTS, INC. | § | |
| AND THE AMERICAN SOCIETY OF | § | |
| LANDSCAPE ARCHITECTS' | § | |
| LIBRARY AND EDUCATION | § | |
| ADVOCACY FUND, INC., | § | |
| INDIVIDUALLY AND ON BEHALF | § | |
| OF SUSTAINABLE SITES INITIATIVE, | § | |
| AN UNINCORPORATED | § | |
| NONPROFIT ASSOCIATION, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | TRAVIS COUNTY, TEXAS |
| VS. | § | |
| | § | |
| PAUL L. FOSTER, WILLIAM EUGENE | § | |
| POWELL, R. STEVEN HICKS, NASH | § | |
| M. HORNE, ROBERT L. STILLWELL, | § | |
| ALEX M. CRANBERG, WALLACE L. | § | |
| HALL, JR., BRENDA PEJOVICH, | § | |
| ERNEST ALISEDA, AND JEFFERY D. | § | |
| HILDEBRAND, IN THEIR OFFICIAL | § | |
| CAPACITIES AS REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS SYSTEM | § | |
| AND CRAIG WESTEMEIER, IN HIS | § | |
| OFFICIAL CAPACITY AS | § | |
| ASSOCIATE ATHLETICS DIRECTOR, | § | |
| | § | |
| Defendants. | § | 98TH JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF NONSUIT WITH PREJUDICE

Plaintiffs, American Society of Landscape Architects, Inc. and The American Society of Landscape Architects' Library and Education Advocacy Fund, Inc., file this Notice of Nonsuit. Plaintiffs hereby give written notice of their nonsuit of all claims

against all parties with prejudice as to refiling of same. All costs should be taxed against the party incurring same.

Respectfully submitted,

DuBOIS, BRYANT & CAMPBELL, LLP
700 Lavaca Street, Suite 1300
Austin, TX 78701
(512) 457-8000
(512) 457-8008 (Facsimile)

By: _J. David Rowe_
      J. David Rowe
      State Bar No. 00794564
      drowe@dbcllp.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served on the following by fax or electronic service on this _15_ day of May, 2015.

Greg Abbott
Daniel T. Hodge
David C. Mattax
Robert O'Keefe
H. Melissa Mather
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 477-2348
melissa.mather@texasattorneygeneral.gov

_J. David Rowe_
J. David Rowe